UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DONNELLY JACKSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF BLOOMINGTON, et al., )<br>)<br>Defendants. ) | No. 17-cv-01046-JES-JEH |

### MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY AND EXTEND EXPERT DISCOVERY

Plaintiffs, Donnelly Jackson and Ashley Burrell, by and through their respective attorneys, respectfully request that this Court extend the discovery deadline to and including July 31, 2018, and extend the date for Plaintiffs to disclosure experts to February 16, 2018 and Defendants to May 25, 2018. In support thereof, the parties state as follows:

1.  This case primarily involves Plaintiffs' claims that they were illegally stopped and searched by the Defendants. The search of the Plaintiffs was done after a K9 alerted on the Plaintiffs' vehicle. All discovery is currently set to close in this case on March 30, 2018.

2.  Written discovery between the parties is completed. Plaintiffs have requested, and received, numerous documents related to the K9. Recently, Plaintiffs' counsel has requested videos of other traffic stops involving this particular K9. Plaintiffs' expert is in need of these documents for his report.

3.  The Plaintiffs' depositions have been taken, along with Defendants Massey, Veerman, and Klein. The deposition of Defendant Shively, the K9 officer, was scheduled for December 20, 2017, but has been rescheduled for January 11, 2018. The deposition was

rescheduled in order for Plaintiffs' expert to have time to review the videos of the K9 on other traffic stops.

4.  Based upon the Rule 26(f) report (Dkt. # 15) prepared by the parties, Plaintiffs' expert report is due on December 29, 2017 and Defendants expert report is due February 28, 2018. Plaintiffs will be unable to provide the report by December 29, 2017 as the videos and Defendant Shively's deposition will not be completed. Plaintiff asks that the dates for the expert disclosures be extended an additional 90 days. Plaintiffs' new date would be February 16, 2018 and Defendants would have until May 25, 2018.

5.  Additionally, Plaintiff Jackson suffered a knee injury during the encounter with the Defendants and was recently approved for surgery. Defendants want to depose the surgeon to determine if the surgery is related to the incident or if it was pre-existing condition. That deposition has not yet been set.

6.  Plaintiffs' counsel spoke with Defendants' counsel and he has no objection to this motion. This request is made in good faith; it will not cause prejudice to either party.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court extend the discovery deadline to and including July 31, 2018, and extend the date for Plaintiffs to disclosure experts to February 16, 2018 and Defendants to May 25, 2018.

                                       Respectfully submitted,

                                       */s/ Louis J. Meyer*
                                       *Counsel for the Plaintiff*

Louis J. Meyer
MEYER & KISS, LLC
311 West Stratford Drive

Peoria, Illinois 61614
t. 309.713.3751
f. 312.765.0104
e. louismeyer@meyerkiss.com

## CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that on December 18, 2017, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

 /s/ Louis J. Meyer