IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DONNELLY JACKSON and
ASHLEY BURRELL,

    Plaintiffs,

vs.

CITY OF BLOOMINGTON,
Bloomington Police Officers
BRADLEY MASSEY, Badge 9896, AARON VEERMAN, Badge 8958,
TYREL KLEIN, Badge 10470, and
JUSTIN SHIVELY,

    Defendants.

Case No. 17-cv-1046

## STIPULATION FOR DISMISSAL

NOW COME THE PARTIES HERETO, by their respective attorneys, and hereby represent to this Court that the above cause of action has been settled, and hereby stipulate and agree that the above cause may be dismissed, with prejudice to the Plaintiffs, costs paid, and cause of action satisfied.

DONNELLY JACKSON and ASHLEY BURRELL,
Plaintiffs

By: _____*s/Louis J. Meyer* (with consent)_____
            MEYER & KISS, LLC

CITY OF BLOOMINGTON, BRADLEY MASSEY, AARON VEERMAN, TYREL KLEIN, and JUSTIN SHIVELY, Defendants

By: _____*s/Peter R. Jennetten*_____
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

4837-3131-4841, v. 1